# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

JUSTIN M. SCOTT and OMID KAMSHAD,

Defendants.

Civil Action No.: 03 CV 12082 (EFH)

## JUSTIN M. SCOTT'S MOTION TO DISMISS THE COMPLAINT

Defendant Justin M. Scott ("Scott") hereby moves to dismiss the Complaint against him in its entirety pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. In support thereof, Scott states the following:

(1) The claim that Scott violated Section 206(1) of the Investment Advisors Act of 1940 (15 U.S.C. § 80b-6(1)) (the "Advisors Act") must be dismissed because the Securities and Exchange Commission (the "Commission") has failed to plead *scienter* – a requisite element of its claim under Section 206(1) – with the particularity the law requires.

(2) The Commission's Section 206(2) claim (15 U.S.C. § 80b-6(2)) must also be dismissed because the Complaint fails to identify any actions by Scott that "*operated* as a fraud or deceit upon a client or prospective client" and therefore fails to state a claim upon which relief may be granted.

Accordingly, Scott requests that this Court dismiss the Complaint against him in its entirety and grant such other and further relief as justice requires.

Defendant Scott requests a hearing on this Motion.

Respectfully submitted,

**JUSTIN M. SCOTT**

By his attorneys,

*John F. Sylvia*

John F. Sylvia, BBO #555581
Sarah B. Herlihy, BBO #640531
Mintz, Levin, Cohn, Ferris,
 Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
(617) 542-6000
(617) 542-2241 (facsimile)

Dated: January 20, 2004

LIT 1439441v1



2

# Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center
Boston, Massachusetts 02111

Sarah B. Herlihy

617 542 6000
617 542 2241 *fax*

*Direct dial 617 348 1888*
**sbherlihy@mintz.com**

January 20, 2004

**BY HAND**

Civil Clerk
United States District Court
   for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

      Re:    **Securities and Exchange Commission v. Justin M. Scott and Omid Kamshad
C. A. No. 03 CV 12082 (EFH)**

Dear Sir or Madam:

Enclosed for filing in the above case is Justin M. Scott's Motion to Dismiss the Complaint and Memorandum of Law in support thereof. As proof of filing, I would appreciate your stamping the enclosed copy of this letter and returning it to me in the enclosed self-addressed stamped envelope.

Sincerely,

Sarah B. Herlihy

SBH:emh
Enclosures

LIT 1439475v1

*Boston  Washington  Reston  New York  New Haven  Los Angeles  London*