UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　Plaintiff,<br>　　vs.<br>JUSTIN M. SCOTT and OMID KAMSHAD,<br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 03-12082-EFH<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Interested Party Putnam Investment Management, LLC in the above-captioned action.

Dated: July 27, 2006　　　　　　　　　　　　Respectfully submitted,
　　　　Boston, Massachusetts

　　　　　　　　　　　　　　　　　　　　　　 /s/ James R. Carroll
　　　　　　　　　　　　　　　　　　　　　　James R. Carroll (BBO # 132300)
　　　　　　　　　　　　　　　　　　　　　　Eben P. Colby (BBO # 651456)
　　　　　　　　　　　　　　　　　　　　　　SKADDEN, ARPS, SLATE,
　　　　　　　　　　　　　　　　　　　　　　　MEAGHER & FLOM LLP
　　　　　　　　　　　　　　　　　　　　　　One Beacon Street
　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts  02108
　　　　　　　　　　　　　　　　　　　　　　(617) 573-4800
　　　　　　　　　　　　　　　　　　　　　　jcarroll@skadden.com
　　　　　　　　　　　　　　　　　　　　　　ecolby@skadden.com

　　　　　　　　　　　　　　　　　　　　　　Counsel for Interested Party
　　　　　　　　　　　　　　　　　　　　　　Putnam Investment Management, LLC

## Certificate of Service

　　　I, Eben P. Colby, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 27, 2006.

Dated: July 27, 2006　　　　　　　　　　　　/s/ Eben P. Colby
　　　　　　　　　　　　　　　　　　　　　　Eben P. Colby