UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
SECURITIES AND EXCHANGE                  )
COMMISSION,                              )
                        Plaintiff,       )
            vs.                          )      Civil Action No. 03-12082-EFH
                                         )
JUSTIN M. SCOTT and                      )
OMID KAMSHAD,                            )
                                         )
                        Defendants.      )
_____)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Putnam Investment Management,

LLC makes this Corporate Disclosure Statement:

Putnam Investment Management, LLC is an indirect subsidiary of Marsh &

McLennan Companies, Inc., a publicly traded company that owns 10% or more of Putnam Invest-

ment Management, LLC's stock.  No other publicly traded company owns 10% or more of Putnam

Investment Management, LLC's stock.

Dated: July 27, 2006
      Boston, Massachusetts

Respectfully submitted,

/s/ James R. Carroll
James R. Carroll (BBO # 132300)
Eben P. Colby (BBO # 651456)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts  02108
(617) 573-4800
jcarroll@skadden.com
ecolby@skadden.com

Counsel for Interested Party
Putnam Investment Management, LLC

## Certificate of Service

I, Eben P. Colby, hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 27, 2006.

Dated: July 27, 2006

/s/ Eben P. Colby
Eben P. Colby