UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br>v.<br><br>JUSTIN M. SCOTT and<br>OMID KAMSHAD,<br><br>                Defendants | C.A. No.   03-CV-12082 (EFH)<br><br>**Oral Argument Requested** |

## **DEFENDANT JUSTIN M. SCOTT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Justin M. Scott moves this Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment on all claims brought by the plaintiff Securities and Exchange Commission ("SEC"). This is an action brought by the SEC under the anti-fraud provisions of the Investment Advisers Act of 1940 (the "Advisers Act"), 15 U.S.C. §80b-6 (also known as "Section 206"). The SEC alleges that Mr. Scott violated Section 206 by engaging in "market timing" and "excessive short-term trading" of mutual fund shares. However, the SEC's case fails for both legal and factual reasons as: (a) neither "excessive short-term trading" nor "market timing" is "fraud" within the meaning of Section 206; (b) punishing Mr. Scott for committing "fraud" by engaging in "market timing" or "excessive short-term trading" would violate the constitutional "fair warning" requirement; (c) the government has offered no competent, admissible evidence to show that Mr. Scott actually "market timed" or was engaged in "excessive short term trading;" and, (d) Mr. Scott was not an "investment advisor" as defined in the Advisers Act.

1

Accordingly, and as detailed more fully in the accompanying Memorandum of Law, Statement of Undisputed Facts and the Motion to Exclude Professor Charles Trzcinka (all being filed forthwith), Mr. Scott is entitled to judgment as a matter of law.

**WHEREFORE**, Defendant Justin M. Scott respectfully requests that the Court enter summary judgment in his favor on all claims asserted by the SEC.

## REQUEST FOR ORAL ARGUMENT

Mr. Scott respectfully requests a hearing on this motion.

Respectfully submitted,

JUSTIN M. SCOTT

_____/s/ John F. Sylvia_____
R. Robert Popeo (BBO #403360)
John F. Sylvia (BBO #555581)
Jessica Lowney Sergi (BBO #665758)
MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO, P.C.
One Financial Center
Boston, MA  02111
(617) 542-6000 (*telephone*)
(617) 542-2241 (*fax*)

Dated: July 27, 2006

LIT 1581270v.1