UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff

      v.                         CIVIL ACTION NO.:
                                    03-12082-EFH

JUSTIN M. SCOTT and OMID KAMSHAD,
        Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

February 13, 2007

HARRINGTON, S.D.J.

After hearing, the Court rules as follows:

1. The Court denies Defendant Scott's and Defendant Kamshad's Motions for Summary Judgment;

2. The Court denies Defendants' oral request for a pretrial *voir dire* of plaintiff's expert witness, Charles A. Trzcinka; and

3. The Court grants Defendants' Motion for Settlement Conference. The Settlement Conference is scheduled for **Monday, April 16, 2007**, at 11:00 A.M., in Courtroom No. 13 on the Fifth Floor.

SO ORDERED.

                                          /s/ Edward F. Harrington
                                          EDWARD F. HARRINGTON
                                          United States Senior District Judge