UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * *

SECURITY AND EXCHANGE COMMISSION,

        Plaintiff

        v.

JUSTIN M. SCOTT and
OMID KAMSHAD,

        Defendants.

* * * * * * * * * * * * * * * * * * * * * * * * * *

CIVIL ACTION NO.:
03-12082-EFH

# **O R D E R**

May 2, 2007

HARRINGTON, S.D.J.

The Court orders the parties to submit a definition of negligence as it pertains to Section 206(2) of the Investment Advisers Act of 1940, 15 U.S.C. 80b-6(1) and to provide the authority(ies) relied upon. This submission is due on May 11, 2007.

SO ORDERED.

        /s/ Edward F. Harrington
        EDWARD F. HARRINGTON
        United States Senior District Judge