# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * * * * *

SECURITIES AND EXCHANGE COMMISSION,
                     Plaintiff

              v.                           CIVIL ACTION NO.:
                                          03-12082-EFH

JUSTIN M. SCOTT, and
OMID KAMSHAD,
                     Defendants

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

May 14, 2007

HARRINGTON, S.D.J.

    The Trial in the above-entitled action is continued sine die.

    SO ORDERED.

                                        /s/ Edward F. Harrington
                                        EDWARD F. HARRINGTON
                                        United States Senior District Judge