UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, : Civil Action No. 03-12082-EFH
v. :
:
JUSTIN M. SCOTT and :
OMID KAMSHAD :
:
Defendants. :

---

**FINAL JUDGMENT AS TO DEFENDANT OMID KAMSHAD**

The Securities and Exchange Commission having filed a Complaint and Defendant Omid Kamshad having entered a general appearance; consented to the Court's jurisdiction over Defendant Kamshad and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant and Defendant's agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 206(1) and (2) of the Investment Advisers Act of 1940 (the "Advisers Act") [15 U.S.C. §80b-6(1) and (2)], by using the mails or any means or instrumentality of interstate commerce, directly or indirectly (1) to employ any device, scheme, or artifice to defraud any client or prospective client; or (2) to

engage in any transaction, practice, or course of business which operates as a fraud or deceit upon any client or prospective client.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable to pay disgorgement of $57,157, as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $13,709, and a civil penalty in the amount of $400,000 pursuant to Section 209(e) of the Advisers Act [15 U.S.C. § 80b-9 (e)], for a total of $470,866. Payment of the disgorgement, prejudgment interest and civil penalty ordered herein may be offset in an amount not to exceed $235,433 by any payments made by Defendant Kamshad to the Secretary of State of the Commonwealth of Massachusetts in connection with *In the Matter of Putnam Investment Management, Inc. et al.*, Docket No. E-2003-061 ("Related Action"). Defendant shall satisfy this obligation by paying $235,433 by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, together with proof of payment of $235,433 in connection with the Related Action, within ten (10) business days after entry of this Final Judgment. The payment shall be delivered or mailed to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Omid Kamshad as a defendant in this action; setting forth the title and civil action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment. Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

V.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: June 4, 2007

_____
UNITED STATES DISTRICT JUDGE